RECEIVED
IN LAKE CHARLES, LA.

JUL -8 2013

TONY R. MOORE, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| GWYNNE E. JUDGE<br>81791-022 | CIVIL ACTION NO. 2:13-CV-754<br>SECTION P |
| VS. | JUDGE PATRICIA MINALDI |
| WARDEN, FCI OAKDALE | MAGISTRATE JUDGE KATHLEEN KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 7] of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that the first and second claims for relief in the petitioner's complaint be **DISMISSED WITHOUT PREJUDICE** to the petitioner's right to pursue these claims for relief in this case's companion case, no. 2:13-CV-753.

Lake Charles, Louisiana, on this __8__ day of __July__, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE