RECEIVED
IN LAKE CHARLES, LA.

OCT 21 2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| GWYNNE F. JUDGE, | * | CIVIL ACTION NO. 2:13-cv-754 |
| Plaintiff, | * | |
| v. | * | |
| | * | JUDGE MINALDI |
| WARDEN FCI OAKDALE, | * | |
| Defendant. | * | MAGISTRATE JUDGE KAY |

*************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 13] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's civil rights complaint [Doc. 1] be and hereby is **DISMISSED** in accordance with the provisions of Federal Rule of Civil Procedure 41(b) and LR 41.3.

Lake Charles, Louisiana, this 20 day of October, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE